| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:20-CR-007-Z(02) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00253-JCM-DJA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Susana Garcia<br><br>Las Vegas, Nevada | Northern District of Texas | Amarillo Division |
| | NAME OF SENTENCING JUDGE | |
| | Matthew J. Kacsmaryk | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/20/2024 — TO 09/19/2027 |

**OFFENSE**
Possession With Intent to Distribute Heroin

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The District of Nevada has requested a transfer of jurisdiction due to Ms. Garcia's intention to remain in the District of Nevada. Moreover, Ms. Garcia has no ties and does not plan to return to the Northern District of Texas.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Northern    DISTRICT OF    Texas

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Nevada    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Aug 15, 2025
*Date*

*United States District Judge Matthew J. Kacsmaryk*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    Nevada

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 25, 2025
*Effective Date*

*United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Susana Garcia

Case No.: **2:25-cr-00253-JCM-DJA**

REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION

August 21, 2025

TO:   The Honorable United States District Judge
      District of Nevada

On October 30, 2020, Garcia was sentenced in the Northern District of Texas to 63 months custody, followed by three years of supervised release for committing the offense of Possession with Intent to Distribute Heroin. Supervised release commenced on September 20, 2024, in the District of Nevada.

Garcia has resided in Nevada since commencement of supervised release. She has a strong support system and familial ties in Nevada and plans to reside here for the duration of her supervised release. It is respectfully requested that transfer of jurisdiction be accepted to the District of Nevada in order to address any violation conduct with an appropriate sanction.

Should you have any questions, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

Digitally signed by
Brianna King
Date: 2025.08.21
15:27:34 -07'00'

Brianna King
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Susana Garcia

Approved:

_____
Digitally signed by Steve Goldner
Date: 2025.08.21 15:13:20 -07'00'

Steve M Goldner
Supervisory United States Probation Officer